**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LAWRENCE S. DEUTSCH, M.D. &** | **:** | |
| **ASSOCIATES,** | **:** | |
| **Plaintiff,** | **:** | **CIVIL ACTION** |
| **v.** | **:** | **No. 16-5257** |
| **UNITED STATES OF AMERICA,** | **:** | |
| **Defendant.** | **:** | |

**ORDER**

This 21st day of March, 2017, upon consideration of Defendant United States of America's Motion to Dismiss in part the Amended Complaint filed by Plaintiff Lawrence S. Deutsch, M.D. & Associates, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. Plaintiff's Amended Complaint is dismissed as to the claims involving penalties related to Plaintiff's (1) 2010 quarterly employment taxes and annual unemployment tax, (2) 2011 quarterly employment taxes and annual unemployment tax, and (3) quarterly employment taxes for the first two quarters of 2012.

　　　　　　　　　　　　　　　　　　　　 /s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　United States District Judge